NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DYNAENERGETICS EUROPE GMBH, DYNAENERGETICS US, INC.,**
*Appellants*

**v.**

**SWM INTERNATIONAL, LLC,**
*Cross-Appellant*

---

2024-1637, 2024-1668

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01372.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2    DYNAENERGETICS EUROPE GMBH V. SWM INTERNATIONAL,
LLC

(2)  Each side shall bear their own costs.

FOR THE COURT

July 3, 2024
   Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** July 3, 2024